## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Saccameno v. Ocwen Loan Servicing, LLC et al          Case Number: 16-cv-5278

An appearance is hereby filed by the undersigned as attorney for:
Ocwen Loan Servicing, LLC

Attorney name (type or print):  Aaron Davis

Firm:    Bryan Cave LLP

Street address:        161 N. Clark Street, Suite 4300

City/State/Zip:     Chicago, IL 60601

Bar ID Number: 6292665                    Telephone Number:    312-602-5000
(See item 3  in instructions)

Email Address: aaron.davis@bryancave.com

Are you acting as lead counsel in this case?                ☐ Yes    ☒ No

Are you acting as local counsel in this case?              ☐ Yes    ☒ No

Are you a member of the court's trial bar?                 ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?   ☐ Yes    ☒ No

If this is a criminal case, check your status.      ☐    Retained Counsel

                                                    ☐    Appointed Counsel
                                                         If appointed counsel, are you a

                                                         ☐ Federal Defender

                                                         ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 18, 2016

Attorney signature:     S/ Aaron Davis
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015