# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Monette E. Saccameno

                        Plaintiff,

v.                                             Case No.: 1:16−cv−05278
                                                    Honorable Thomas M. Durkin

Ocwen Loan Servicing, LLC, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 15, 2016:

        MINUTE entry before the Honorable Thomas M. Durkin: Status hearing set for 7/15/2016 at 09:00 AM. The filing of a joint status report is not required.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.