UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Monette E. Saccameno
                          Plaintiff,

v.                                               Case No.: 1:16−cv−05278
                                                          Honorable Joan B. Gottschall

Ocwen Loan Servicing, LLC, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 11, 2016:

        MINUTE entry before the Honorable Joan B. Gottschall: The plaintiff has amended her complaint in Case No. 15 C 1164 to add the claim raised in her complaint in Case No. 16 C 5278. Accordingly, the clerk is directed to close Case No. 16 C 5278. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.